## 65544. LOWERY v. THE STATE.

Shulman, Chief Judge.

Appellant was tried before a jury and convicted of attempted child molestation. OCGA §§ 16-4-1; 16-6-4 (a) (Code Ann. §§ 26-1001; 26-2019). The only enumeration of error relates to the sufficiency of the evidence. A review of the trial transcript reveals ample evidence from which any rational trier of fact could find appellant guilty beyond a reasonable doubt of the offense charged. Jackson v.

Virginia, 443 U.S. 307 (99 SC 2781, 61 LE2d 560). Consequently, the enumeration is without merit.

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED MARCH 17, 1983.

*Robert K. Ballew,* for appellant.

*Rafe Banks III, District Attorney, Wallace W. Rogers, Jr., Assistant District Attorney,* for appellee.